# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT A. MARTINEZ, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>OLD DOMINION FREIGHT LINE, INC., and DOES 1-10, Inclusive,<br><br>           Defendants. | Case No. 2:13-cv-06369-CAS-(MRWx)<br><br>*Judge Christina A. Snyder*<br>*Magistrate Judge Michael R. Wilner*<br><br>**[PROPOSED]** JUDGMENT<br><br>Complaint Filed:  July 8, 2013<br>Action Removed:  September 10, 2013<br>Trial Date:           March 31, 2015 |

Defendant Old Dominion Freight Line, Inc.'s ("Old Dominion") Motion for Summary Judgment came on regularly for hearing before the Honorable Christina A. Snyder on January 5, 2015.  Allison C. Eckstrom appeared on behalf of Old Dominion, and Araceli Lerma appeared on behalf of Plaintiff Gilbert Martinez.

After considering the papers filed by the parties and oral argument by counsel, IT IS HEREBY ORDERED THAT Old Dominion's Motion for Summary Judgment is GRANTED in its entirety, and that Old Dominion is entitled to judgment as a matter of law.

/ / /

/ / /

/ / /

1       IT IS HEREBY FURTHER ORDERED that Plaintiff recovers nothing, the
2  action be dismissed on the merits with prejudice.  Each side shall bear its own
3  costs of suit.
4       IT IS SO ORDERED.
5  DATED:   February 24, 2015

*[signature: Christina A. Snyder]*

                    Christina A. Snyder
                    United States District Court Judge

20366265.1